# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BANK OF NEW YORK MELLON,

    Plaintiff,

v.

GREEN VALLEY SOUTH OWNERS ASSOCIATION NO. 1, *et al.*,

    Defendants.

Case No. 2:17-CV-2024-KJD-GWF

**ORDER**

    Presently before the Court is Defendant SFR Investments Pool 1, LLC's Demand for Security of Costs Pursuant to NRS 18.130(1) (#10). Though the time for doing so has passed, no response in opposition has been received. Therefore, good cause being found, and in accordance with Local Rule 7-2(d), the motion is granted. Plaintiff shall provide security in accordance with NRS §18.130 in the amount of $500.00 within thirty (30) days of the entry of this order.

**IT IS SO ORDERED.**

    DATED this 27th day of September 2017.

_____
Kent J. Dawson
United States District Judge