DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA10, a national bank,<br><br>Plaintiff,<br><br>vs.<br><br>GREEN VALLEY SOUTH OWNERS ASSOCIATION NO. 1, a Nevada corporation; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No.: 2:17-cv-02024-KJD-GWF<br><br>**STIPULATION AND ORDER TO STAY CASE AND EXTEND DEADLINES PENDING DECISION ON SFR INVESTMENTS POOL 1, LLC'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Defendant, SFR INVESTMENTS POOL 1, LLC ("SFR") and Plaintiff, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA10 ("BNYM") (collectively the "Parties"), by and through the undersigned counsel, hereby stipulate and agree to stay the instant matter pending a decision on SFR's Motion to Dismiss. Specifically, the Parties stipulate to the following:

1. Pursuant to the Joint Discovery Plan and Scheduling Order entered on October 24, 2017 [ECF No. 17], the current dispositive motions deadline is April 4, 2018, and the current

- 1 -

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

date for the filing of the joint pretrial order is no later than May 4, 2018, within thirty days after the date set for filing dispositive motions. [ECF No. 17].

2. On October 23, 2017, SFR filed a Motion to Dismiss BNYM's Compliant Pursuant to FRCP 12(b)(6) ("SFR's MTD"). [ECF No. 15].

3. Briefing has been completed on SFR's MTD [ECF No. 15] but no decision has been made. If granted, SFR's MTD will eliminate the need for further briefing. Therefore, good cause exists to extend the remaining deadlines and stay the case until a decision is made on SFR's MTD [ECF No. 15].

4. The parties stipulate to and respectfully request that the Court stay this case to allow sufficient time for the Court to rule on the pending SFR's MTD [ECF No. 15]. Once the Court rules on SFR's MTD [ECF No. 15], if the case is not dismissed, the dispositive motions deadline will be reset for sixty (60) days after the date of the Court's Order on SFR's MTD [ECF No. 15]. The deadline to file the joint pretrial order be extended to a date no later than 30 days after the dispositive motions deadline.

5. This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

| | |
|---|---|
| DATED this 2nd day of April, 2018. | DATED this 2nd day of April, 2018. |
| **KIM GILBERT EBRON** | **ZIEVE, BROADNAX & STEELE, LLP** |
| */s/ Diana S. Ebron* | */s/ Shadd A. Wade* |
| DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* | SHADD A. WADE, ESQ.<br>Nevada Bar No. 11310<br>3753 Howard Hughes Pkwy., Ste. 200<br>Las Vegas, Nevada 89169<br>*Attorneys for BNYM* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-4-18