ZIEVE, BRODNAX & STEELE, LLP
Shadd A. Wade, Esq.
Nevada Bar No. 11310
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
9435 West Russell Road, Suite 120
Las Vegas, NV 89148
(702) 948-8565; FAX (702) 446-9898
swade@zbslaw.com
sdolembo@zbslaw.com
*Attorneys for Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for
the Certificateholders of the CWALT, Inc. Alternative Loan Trust 2006-OA10 Mortgage Pass-
Through Certificates, Series 2006-OA10*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA10, a national bank,<br><br>        Plaintiff,<br><br>    vs.<br><br>GREEN VALLEY SOUTH OWNERS ASSOCIATION NO. 1, a Nevada corporation; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>        Defendants. | CASE NO.:  2:17-CV-02024-KJD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND THE DISPOSITIVE MOTION AND PRETRIAL ORDER DEADLINES**<br><br>**(FIRST REQUEST)** |

Plaintiff The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc. Alternative Loan Trust 2006-OA10 Mortgage Pass-Through Certificates, Series 2006-OA10 ("Plaintiff") and SFR Investments Pool 1, ("Defendant," or "SFR")) and collectively ("The Parties"), hereby stipulate to extend the

dispositive motion and pretrial order deadlines pursuant to ECF No. 32 and LR IA 6-1 as follows:

On July 25, 2017, BNYM filed a Complaint for Quiet Title/Declaratory Relief. The Complaint's causes of action and claims for relief concern title to real property. On September 6, 2017, Defendant Green Valley South Owners Association No. 1 ("Association") filed an Answer to BNYM's Complaint. [ECF No. 8]. Subsequently, SFR filed a Motion to Dismiss on October 23, 2017. [ECF No. 15]. Pursuant to the scheduling order entered on October 24, 2017, the discovery deadline was March 5, 2018, the dispositive motion deadline was to be April 4, 2018 and the proposed pretrial order was May 4, 2018. [ECF No.17]. BNYM's claims against the Association were dismissed by way of Stipulation and Order on January 19, 2018. [ECF No. 26]. After the close of discovery, BNYM and SFR stipulated to extend the remaining Scheduling Order deadlines pending the Court's decision on SFR's Motion to Dismiss. [ECF No. 27].

On June 26, 2018, this Court issued an Order denying SFR's Motion to Dismiss and staying the case pending the Nevada Supreme Court's decision on a certified question presented to it in the *Bank of New York Mellon v. Star Hill Homeowners Association* matter. [ECF No. 30]. Following the Nevada Supreme Court's decision in the *Star Hill* matter, BNYM filed a Motion to Lift Stay, which was granted by this Court on October 17, 2018. [ECF Nos. 31 and 32, respectively].

In the lift stay Order, this Court indicated that the parties may either move for a modified discovery plan or file dispositive motions within forty-five (45) days of the Order.[1] [ECF No. 32]. Thus, the current dispositive motion deadline is December 3, 2018.

On November 21, 2018, SFR filed an Answer to BNYM's Complaint, Counterclaim and Cross-Claim against the former homeowner, Dennis E. Carroll ("Borrower"). [ECF No. 33]. BNYM's Answer to SFR's Counterclaim will be forthcoming, but it is not yet clear if the Borrower will file a response.

---

[1] Forty-five (45) days after October 17, 2018 is Saturday, December 1, 2018. Pursuant to Fed. R. Civ. P. 6(a)(1)(C), the deadline is advanced to the next judicial day, which is December 3, 2018.

While the parties agree that reopening discovery is not currently necessary, the parties request a sixty (60) day extension of the dispositive motion and pretrial order deadlines to allow time for BNYM to file an Answer to SFR's Counterclaim and to allow the Borrower/Cross-Defendant an opportunity to file a response. In the event the Borrower files a response, it is anticipated that the Borrower may request additional discovery at that time.

Accordingly, the Parties stipulate to a brief sixty (60) day extension of the dispositive motion and pretrial order deadlines as set forth below.

**PROPOSED REMAINING SCHEDULING ORDER DEADLINES.**

Dispositive Motions: Friday, February 1, 2019

Pre-Trial Order: Monday, March 4, 2019

Good cause exists to extend the dispositive motion and pretrial order deadline as the case was stayed pending the resolution of SFR's motion to dismiss and SFR only recently was able to file its answer, counterclaims and crossclaims. This is the first stipulation for an extension of the dispositive motion and pretrial order deadlines.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

This stipulation is not made to cause delay or prejudice any party.

DATED this 3rd day of December, 2018

ZIEVE, BRODNAX & STEELE, LLP

/s/ J. Stephen Dolembo, Esq.
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
9435 West Russell Road, Suite 120
Las Vegas, Nevada 89148
Tel:     (702) 948-8565 | Fax: (702) 446-9898
sdolembo@zbslaw.com
Attorneys for Plaintiff *The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan*

DATED this 29th day of November, 2018

KIM GILBERT EBRON

/s/ Diana S. Ebron
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Tel: (702) 485-3300 Fax: (702) 485-3301
diana@kglegal.com
*Attorneys for SFR Investments Pool 1, LLC*

## **ORDER**

IT IS SO ORDERED.

DATED: December 4, 2018.

_____
UNITED STATES MAGISTRATE JUDGE