1  DIANA S. EBRON, ESQ.
   Nevada Bar No. 10580
2  E-mail: diana@kgelegal.com
   JACQUELINE A. GILBERT, ESQ.
3  Nevada Bar No. 10593
   E-mail: jackie@kgelegal.com
4  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
5  E-mail: karen@kgelegal.com
   KIM GILBERT EBRON
6  7625 Dean Martin Drive, Suite 110
   Las Vegas, Nevada 89139
7  Telephone: (702) 485-3300
   Facsimile: (702) 485-3301
8  *Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA10, a national bank, <br><br> Plaintiff, <br> vs. <br><br> GREEN VALLEY SOUTH OWNERS ASSOCIATION NO. 1, a Nevada corporation; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/Cross Defendants. | Case No. 2:17-cv-02024-KJD-GWF <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE FOR SFR INVESTMENTS POOL 1, LLC TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** <br><br> **(First Request)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/Cross-Claimant. <br> vs. <br><br> THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA10, a national bank; DENNIS E. CARROLL, an individual, <br><br> Counter/Cross-Defendants. | |

- 1 -

1    Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the
2 Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA10 Mortgage Pass-
3 Through Certificates, Series 2006-OA10 ("BONY"), and Defendant/Counter-Claimant, SFR
4 Investments Pool 1, LLC ("SFR"), (collectively the "Parties"), by and through their counsel of
5 record, hereby stipulate and agree as follows:

On February 1, 2019, BONY and SFR filed and served their Motions for Summary Judgment [ECF Nos. 46 & 45 and Notice of Corrected Image No. 48]].

On February 22, 2019, BONY filed a response to SFR's Motion for Summary Judgment [ECF No. 49] and SFR filed a response to BONY's Motion for Summary Judgment [ECF No. 50].

Replies in support of the parties' Motions for Summary Judgment are currently due on March 8, 2019. SFR requests that the time to file its reply be extended to Friday, March 22, 2019 in order to fully evaluate and address the arguments raised in BONY's response to SFR's Motion for Summary Judgment. The parties agree that they will not object to supplemental briefing as necessary due to new case law.

The parties are in agreement to extend the deadlines for SFR's Reply in support of its Motion for Summary Judgment. This is SFR's first request. This request is made in good faith and is not for purposes of delay or prejudice to any other party.

…

…

…

…

…

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for SFR to file its reply in support of its Motion for Summary Judgment [ECF No. 48] shall be extended to **Friday, March 22, 2019**.

| | |
|---|---|
| DATED this 8th day of March, 2019.<br>ZIEVE, BRODNAX & STEELE, LLP | DATED this 8th day of March, 2019.<br>KIM GILBERT EBRON |
| */s/ J. Stephen Dolembo*<br>Shadd A. Wade, Esq.<br>Nevada Bar No.11310<br>J. Stephen Dolembo, Esq.<br>Nevada Bar No. 9795<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>Attorneys for *Plaintiff, The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA10 Mortgage Pass-Through Certificates, Series 2006-OA10* | */s/ Jacqueline A. Gilbert*<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for Defendant, SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

DATED this 12th day of March, 2019.

_____
U.S. DISTRICT JUDGE