# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Bank of New York Mellon,<br><br>Plaintiff,<br>v.<br><br>Green Valley South Owners Association No. 1 et. al.,<br><br>Defendants. | **DEFAULT**<br><br>JUDGMENT IN A CIVIL CASE<br><br>Case Number: 2:17-cv-02024-KJD-EJY |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Default Judgment is entered in favor of Cross-Claimant SFR Investments Pool 1, LLC and against Cross-Defendant Dennis E. Carroll declaring that Carroll, any successors and assigns, have no right, title or interest in the Property and that SFR is the rightful title owner.

12/20/2019
Date

DEBRA K. KEMPI
Clerk

/s/ S. Denson
Deputy Clerk