Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC. ALTERNATIVE LOAN TRUST 1006-OA10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA10, a national bank,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GREEN VALLEY SOUTH OWNERS ASSOCIATION NO. 1, a Nevada corporation; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company<br><br>　　　　　　　　　　　Defendants. | Case No. 2:17-CV-02024-KJD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE SUPPLEMENTAL BRIEFS RE *THUNDER PROPERTIES***<br><br>**(Second Request)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>　　　　　　Counter/Cross-Claimant,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC. ALTERNATIVE LOAN TRUST 1006-OA10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA10, a national bank; DENNIS E. CARROLL, an individual,<br><br>　　　　　　Counter/Cross-Defendants. | |

1        SFR Investments Pool 1, LLC and the Bank of New York Mellon hereby stipulate that both shall have up to and including May 26, 2023 to submit any supplemental briefing re *Thunder Properties*. The current deadline is May 12, 2023 per a prior stipulation and order. [ECF No. 84]. The extension is requested because counsel for BNY Mellon has been dealing with personal family matters. SFR is also still in the process of marshalling information in support of its argument, so SFR could also use the additional time.

       The request is not made to prejudice any party or delay the matter.

| | |
|---|---|
| DATED: May 12, 2023. | DATED: May 12, 2023. |
| **ZIEVE, BRODNAX & STEELE, LLP** | **HANKS LAW GROUP** |
| */s/ J. Stephen Dolembo* | */s/ Karen L. Hank* |
| Shadd A. Wade, Esq. | Karen L. Hanks, Esq. |
| Nevada Bar No. 11310 | Nevada Bar No. 9578 |
| J. Stephen Dolembo, Esq. | Chantel M. Schimming, Esq. |
| Nevada Bar No. 9795 | Nevada Bar No. 8886 |
| 9435 West Russell Road, Suite 120 | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, NV 89148 | Las Vegas, Nevada 89139 |
| *Attorneys for Bank of New York Mellon* | *Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

May 15, 2023
DATED

- 2 -